Charles **LOSI**, Appellant, v. **UNITED STATES** of America, Appellee.

No. 442.

Circuit Court of Appeals, Second Circuit.

July 17, 1931.

Jacob A. Mandelbaum and Isidore Mesibov, both of New York City (Aiken A. Pope, of New York City, of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Minnie **LYNCH** v. **UNITED STATES** of America.

No. 5933.

Circuit Court of Appeals, Sixth Circuit.

May 11, 1931.

Floyd Estill, of Chattanooga, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.

Mary Madeline **McCALLISTER** et al., Appellants, v. **William H. MOORE, Jr.**, Trustee, etc., Appellee.

No. 6457.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in this cause dismissed; mandate forthwith.

Lewis **McCOY** and Harry White v. **UNITED STATES** of America.

No. 5956.

Circuit Court of Appeals, Sixth Circuit.

June 9, 1931.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio, for appellee.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.